**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Case No.26-15976-CLC
Chapter 11

Esther Jungreis.

Debtor /

**NOTICE OF FILING DEBTOR'S LIQUIDATION SUMMARY**

Debtor-in -Possession, Esther Jungreis, by and through undersigned counsel, hereby files the attached Liquidation Summary in support of the Debtor's chapter 11 Plan of Reorganization [Dkt. No. 55].

The Liquidation summary supplements the liquidation analysis set forth in Section 1.04 of the Plan and reflects the Debtor's amended schedules and the proof of claims filed in this case.

Submitted by:
/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Debtor
Florida Bar No. 96305
Cohen Legal Services, PA
1801 NE 123rd Street
Suite 314
North Miami, FL 33301
Telephone: 305-570-2326
Email: Rocky@lawcls.com

# United States Bankruptcy Court
## Southern District of Florida

In re **Esther Jungreis**, Debtor(s)

Case No. **26-15976**
Chapter **11**

## LIQUIDATION SUMMARY

| Description | Total Amount | Real Property | Personal Property |
|---|---|---|---|
| Total Property Value | **8,991,448.43** | **8,941,260.00** | **50,188.43** |
| Less: | | | |
| Schedule D. Secured Claims | **6,078,522.82** | **6,078,522.82** | **0.00** |
| Schedule C. Exemptions | **3,248,310.00** | **3,241,260.00** | **7,050.00** |
| **Interest in Nonexempt Property** | **43,138.43** | **-378,522.82** | **43,138.43** |
| Less: | | | |
| Estimated Chapter 7 Admin Expenses | **5,063.84** | | |
| Schedule E. Priority Claims | **6,016.16** | | |
| **Available to General Unsecured** | **32,058.43** | | |
| Total General Unsecured | **21,099.89** | | |
| Percent Distribution | **100%** | | |
| **Details:** | | | |
| Unsecured from Schedule D | **0.00** | **0.00** | **0.00** |
| Unsecured from Schedule E | **0.00** | | |
| Unsecured from Schedule F | **21,099.89** | | |
| Estimated Chapter 7 Administrative Expenses: | | | |
| 11§326 Trustee Compensation on $**43,138.43** | **5,063.84** | | |
| Add'l Trustee Cost as **0**% of §326 Fee | **0.00** | | |
| Additional Admin Expense | **0.00** | | |
| Total Estimated Admin Expense | **5,063.84** | | |